**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONGBIRD TECH, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>            Defendants. | Civil Action No. 6:23-cv-00537 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Songbird Tech, LLC hereby voluntarily dismisses all claims with prejudice, and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. voluntarily dismiss all counterclaims in this action with prejudice.

Dated: March 20, 2024                    Respectfully submitted,


                                         */s/ Melissa R. Smith*
                                         Melissa R. Smith
                                         State Bar No. 24001351
                                         GILLAM & SMITH, LLP
                                         303 South Washington Avenue
                                         Marshall, Texas 75670
                                         Telephone:  (903) 934-8450
                                         Facsimile:  (903) 934-9257
                                         Email:  melissa@gillamsmithlaw.com

                                         ***ATTORNEY FOR DEFENDANTS***

2

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

***ATTORNEYS FOR THE PLAINTIFF***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on this the 20th day of March, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith